P-Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. SA CV06-0369-DOC(RNBx) | | Date April 16, 2007 |
| Title TERESA MOORE -V- LA HABRA RELOCATIONS INC., ET. AL., | | |

Present: The Honorable   David O. Carter, U.S. District Judge

| Kristee Hopkins | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

NONE PRESENT                              NONE PRESENT

Proceedings:   (IN CHAMBERS):  NOTICE OF CONTINUANCE

Counsel are here by notified that the hearing on Motion by Defendant La Habra Relocations for Summary Judgment, in the above-entitled action, presently set April 23, 2007 is **CONTINUED to May 21, 2007 at 8:30 a.m.**

Plaintiff's opposition is due on April 30, 2007. Defendant's reply is due on May 7, 2007.

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

:   00

Initials of Preparer   kh

DOCKETED ON CM
APR 16 2007
BY